Guardian Electric Manufacturing Company, Appellee, v. National Mineral Company, Appellant. National Mineral Company, Appellant, v. Guardian Electric Manufacturing Company, Appellee.

Gen. No. 42,380.

opinion filed
June 16, 1943; rehearing denied June 28, 1943. Adolph A. Rubinson, for appellant; Charles L. Barrett and John W. Bennett, for appellee. Opinion by Justice Friend. "Not to be published in full."